**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Keeda HAYNES, Defendant–Appellant.**

No. 02–6249.

United States Court of Appeals,
Sixth Circuit.

March 30, 2005.

Sunny A. Koshy, Asst. U.S. Attorney, U.S. Attorney's Office, Nashville, TN, for Plaintiff–Appellee.

Peter J. Strianse, Tune, Entrekin & White, Nashville, TN, for Defendant–Appellant.

Before NELSON and SUTTON, Circuit Judges; and CALDWELL, District Judge.[*]

PER CURIAM.

Keeda Haynes challenged her conviction and sentence for aiding and abetting an interstate drug conspiracy involving more than 100 kilograms of marijuana. This court affirmed in *United States v. Haynes,* 98 Fed.Appx. 499 (6th Cir.2004). Subsequently, the Supreme Court decided *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and

remanded this case for reconsideration in light of *Booker.* The district court sentenced Haynes to 84 months of imprisonment, which lies in the middle of the applicable 78–to–97–month Guidelines range. In accordance with *Booker* and this court's decision in *United States v. Barnett,* 398 F.3d 516 (6th Cir.2005), we vacate Haynes' sentence and remand to the district court for resentencing.

SO ORDERED.